FILED

08/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0535

_____

IN RE THE MARRIAGE OF:

NANCY J. VAIRA,

      Petitioner and Appellee,

  v.

DUANE E. SMITH,

      Respondent and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Olivia Rieger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 23 2023